UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JOANIE HALE, o/b/o BP, a minor child, | ) ) ) | NO. CV-10-3074-JPH |
| Plaintiff, | ) ) | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**BEFORE THE COURT** is the Magistrate Judge's report, ECF No. 26, recommending the Court **grant** Plaintiff's motion for EAJA fees, ECF No.21.

No objections have been filed.

Having reviewed the report and the files and records herein, the Court adopts the magistrate judge's report in its entirety.

**IT IS ORDERED:**

The recommendation, **ECF No. 26**, to grant Plaintiff's motion for EAJA fees is **ADOPTED in its entirety.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment for Plaintiff, forward copies to the parties and Magistrate Judge Hutton, and close the file.

DATED this 4th day of May, 2012.

                              *s/ Rosanna Malouf Peterson*
                              CHIEF JUDGE ROSANNA MALOUF PETERSON
                                 United States District Court

-1-